IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL J. RIDDLE, | ) | 8:05CV87 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| WACHOVIA SECURITIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 34) is granted, and the case progression schedule is modified, as follows:

1. Plaintiff's brief and evidence index shall be filed by October 10, 2005;
2. Defendant's brief and evidence index shall be filed by November 14, 2005;
3. Plaintiff may submit a reply brief by November 30, 2005; and
4. Plaintiff's amended motion to vacate arbitration award (filing 19) shall be ripe for decision on December 1, 2005.

August 30, 2005.          BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge