```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL J. RIDDLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV87 |
| | ) | |
| v. | ) | |
| | ) | |
| WACHOVIA SECURITIES, LLC, | ) | ORDER |
| and NASD DISPUTE RESOLUTION, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion of counsel for defendant Wachovia Securities, filing 40, is granted and the appearance of Robert C. Scremin as counsel of record is withdrawn, effective upon the filing of a certificate of service or affidavit indicating that defendant Wachovia Securities has been served with a copy of this order.

DATED this 26th day of October, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge